**Order filed September 1, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00554-CV
_____

### LADALLE CALLAWAY AND DEMETRIUS CLEAVER, Appellants

### V.

### BRENDA BUEHLER AND HUGO RAMIREZ, Appellees

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1040590**

---

## O R D E R

Appellants' brief was due August 26, 2016. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **September 26, 2016**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM